**BRIAN W. BISHOP**
ATTORNEY AT LAW
115 WILD BASIN ROAD, SUITE 106
AUSTIN, TEXAS 78746
(512) 327-5121
FAX (512) 327-5122
brian@bbishoplaw.com

November 23, 2010

*Via Western District of Texas ECF*
Honorable Lee Yeakel
United States District Judge
United States District Court for the Western
District of Texas, Austin Division
200 W. Eighth Street
Austin, TX 78701

      RE:   *Rafeedie v. L.L.C., Inc. and W.F.K.R., Inc.*
              *Western District of Texas Case No. 1:10-cv-00743-LY*

Dear Hon. Yeakel:

      This firm, along with the Shafer & Associates firm in Lansing, Michigan, represent Defendants L.L.C. and W.F.K.R., Inc. in the referenced suit.

      This letter is to inform the Court that, in light of the upcoming holiday weekend, the parties in the above captioned mattered have agreed to a slight extension of the briefing schedule in relation to Plaintiff's Motion for Conditional Certification as a Collective Action and Notice to Potential Class Members (Doc. 12) and Plaintiff's Motion to Strike or Dismiss Defendants' Affirmative Defenses (Doc. 14).

      The parties have agreed that all Defendants' responses to the above motions will be timely if filed on or before November 30, 2010. The parties have likewise agreed that Plaintiff's replies on those motions are to be timely if filed on or before December 13, 2010.

      Thank you for your attention.

                                                Respectfully Submitted,

                                                _____
                                                Brian Bishop
                                                Counsel for Defendants

Cc:    Robert Debes, Counsel for Plaintiff
          Bradley J. Shafer, Co-Counsel for Defendants
          Matthew J. Hoffer, Co-Counsel for Defendants