DEPOSITION EXHIBIT 7 T.H.

4/26/2011

## sophea - All Dates
### 11/30/2004 through 9/21/2011

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/3/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 12/2/2010 | Cash Account | | Llc Inc - Shift... | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 12/1/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 11/30/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 11/29/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 11/28/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 11/25/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 11/24/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 11/23/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 11/22/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 11/20/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 11/19/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 11/17/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 11/12/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 11/11/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 11/7/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 11/5/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 11/4/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 11/1/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 10/29/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 10/28/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 10/21/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 10/20/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 10/18/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 10/15/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 10/12/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 10/10/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 10/9/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 10/7/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 10/6/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 9/30/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 9/29/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 9/28/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 9/27/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 9/21/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 9/17/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 9/16/2010 | Cash Account | | LlcDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |

4/26/2011

sophea - All Dates
11/30/2004 through 9/21/2011

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|---|
| 9/14/2010 | Cash Account | | LicDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 9/9/2010 | Cash Account | | LicDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 9/8/2010 | Cash Account | | LicDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 9/8/2010 | Cash Account | | LicDJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 8/27/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 8/26/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 8/17/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 8/16/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 8/13/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 8/12/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 7/26/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 7/16/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | 0.00 |
| 7/15/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 6/16/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 5/27/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 5/21/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 5/7/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 5/4/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 4/30/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 4/29/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 4/22/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 4/16/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 4/14/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 4/14/2010 | Cash Account | | LicMGR | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 4/12/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 4/5/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 3/15/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 3/11/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 3/8/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 3/1/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 2/27/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 2/18/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 2/16/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 2/15/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 2/3/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 2/1/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 1/26/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | 0.00 |
| 1/23/2010 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |

sophea - All Dates
11/30/2004 through 9/21/2011

4/26/2011

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/22/2009 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 12/7/2009 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 11/21/2009 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 11/14/2009 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 11/5/2009 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 11/3/2009 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 10/31/2009 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 10/27/2009 | Cash Account | | LiC Inc | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 10/22/2009 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 10/8/2009 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 9/30/2009 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 9/25/2009 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 9/23/2009 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 8/11/2009 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 7/11/2009 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 7/6/2009 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 6/30/2009 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 6/29/2009 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 6/25/2009 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 6/15/2009 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 6/13/2009 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 6/11/2009 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 6/11/2009 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 5/28/2009 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 5/26/2009 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 5/22/2009 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 4/15/2009 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 7/1/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 4/19/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 4/19/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 4/17/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 4/16/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 4/15/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 4/10/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 4/8/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 4/5/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 4/4/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 4/3/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |

sophea - All Dates
11/30/2004 through 9/21/2011

4/26/2011

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|---|
| 4/2/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 3/27/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 3/25/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 3/22/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 3/21/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 3/19/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 3/19/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 3/17/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 3/15/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 3/15/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 3/15/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 3/11/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 3/9/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 3/8/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 3/7/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 3/6/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 3/5/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 3/3/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 3/1/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 2/29/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 2/28/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 2/27/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 2/26/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 2/25/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 2/23/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 2/20/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 2/18/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 2/16/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 2/15/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 2/11/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 2/8/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 2/5/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 1/25/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 1/15/2008 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 12/23/2007 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 12/22/2007 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 12/21/2007 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 12/20/2007 | Cash Account | | Llc Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |

4/26/2011

## sophea - All Dates
### 11/30/2004 through 9/21/2011

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/17/2007 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 12/16/2007 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 12/14/2007 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 12/7/2007 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 12/6/2007 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 11/29/2007 | Cash Account | | Lic Inc - DJ | | Sopheas - DJ TipOut | Sopheas Business | | -20.00 |
| 11/30/2004 - 9/21/2011 | | | | | | | | -3,100.00 |

TOTAL INFLOWS 0.00

TOTAL OUTFLOWS -3,100.00

NET TOTAL -3,100.00