UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS


MONICA RAFEEDIE, et al,

                    Plaintiffs,                              Civil Action No:  1:10-cv-743-LY
          vs.
                                                             **HON. LEE YEAKEL**
L.L.C., Inc., and W.F.K.R., Inc.,

                    Defendants.


**DEFENDANTS' DISCLOSURE OF WITNESSES, EXPERT WITNESSES AND
PROPOSED EXHIBITS**


BRIAN W. BISHOP                              BRADLEY J. SHAFER (MI Bar No. P36604)
LAW OFFICE OF BRIAN W. BISHOP               MATTHEW J. HOFFER (MI Bar No. P64147)
Counsel for Defendants                       SHAFER & ASSOCIATES, P.C.
115 Wild Basin Road, Suite 106               Co-Counsel for Defendants
Austin, Texas 78746                          3800 Capital City Blvd., Suite 2
(512) 327-5121                               Lansing, Michigan 48906
(512) 327-5122                               (517) 886-6560
brian@bbishoplaw.com                         (517) 886-6565
                                             info@bradshaferlaw.com


ROBERT B. DEBES, JR.
DEBES LAW FIRM
Counsel for Plaintiff(s)
8 Greenway Plaza, Suite 1500
Houston, Texas, 77046
 (713) 623-0900
bdebes@debeslaw.com

Pursuant to the Scheduling Order (Doc. 97), Stipulations to Amendment the Scheduling Order (Doc.'s 107 and 129), and other agreements amongst the parties, Defendants L.L.C., Inc., and W.F.K.R., Inc., by and through counsel, hereby designate the following testifying experts, potential witnesses, and potential exhibits.

**A.**   **Testifying Experts**

Plaintiffs reserve the right to name testifying expert witnesses on the issues of damages and reasonable attorney's fees and costs.  Such designation and/or reports shall be submitted in conformity with the Scheduling Order (Doc. 97) and Stipulations (Doc.'s 107 and 129).

**B.**   **List of Potential Witnesses**

Defendants hereby submit their list of potential witnesses in compliance with the Court's Scheduling Order as follows:

1.  Louis Warren, former President of W.F.K.R., Inc., and President of L.L.C., Inc.

2.  Bill Cox, General Manager.

3.  Paul Goodman, Manager.

4.  David Blaur, disc jockey, manager.

5.  Larunce Pipken, Manager.

6.  Chris Kennedy, Manager.

7.  Aaron Fawcett, manager.

8.  Theresa Thompson, Bookkeeper.

9.  Kristyn McCaffrey, Administrative Support Staff.

10. Pat Seibert, Administrative Support Staff.

11. Chanlekha Bird (Meaux), Plaintiff.

12. Melissa Chavez, Plaintiff.

13. Victoria Chhang, Plaintiff.

14. Adriana Galicia, Plaintiff.

15. Stephanie Gise, Plaintiff.

16. Amanda Grimes, Plaintiff.

17. Susan Harris, Plaintiff.

18. Kelly Krampota, Plaintiff.

19. Anna Martinez, Plaintiff.

20. Vanessa Odreman, Plaintiff.

21. Sophea Trotta, Plaintiff.

22. Andrea Palmer, Plaintiff.

23. Amy Crabtree, former Plaintiff.

24. Jennilee Deleon, former Plaintiff.

25. Megan Fairchild, Plaintiff.

26. Adriana Fossett, former Plaintiff.

27. Bonnie (Rovonda) Gartner, Plaintiff.

28. Mary Griswold, former Plaintiff.

29. Frankie Henderson, former Plaintiff.

30. Deana Huber, Plaintiff.

31. Mesha Johnson, former Plaintiff.

32. Leandra Jordan, former Plaintiff.

33. Dana Kelly, Plaintiff.

34. Seychelle Kessler, Plaintiff.

35. Jennifer Killam, former Plaintiff.

36. Jamie Lee, former Plaintiff.

37. Avery Alex Morgan, former Plaintiff.

38. Ana Olivo, Plaintiff.

39. Christina Pascal, former Plaintiff.

40. Jenevie Pena, former Plaintiff.

41. Sherri Plinske, former Plaintiff.

42. Tina Ponkoney, former Plaintiff.

43. Monica Rafeedie, Plaintiff.

44. Tonia Reyes, Plaintiff.

45. Sydney Robb, Plaintiff.

46. Brynn Route, former Plaintiff.

47. Courtney Russell, Plaintiff.

48. Tammy Sanderson, former Plaintiff.

49. Mali Simpson, former Plaintiff.

50. Ashlee Strickland, Plaintiff.

51. Princess Trejo, former Plaintiff.

52. Shaybren Wallace, former Plaintiff.

53. April Duris, former entertainer.

54. Yazmer Aranda, entertainer.

55. K█████ A██████, entertainer.

56. Craig Andre, bartender.

57. A██████ T█████████, waitress and former entertainer.

58. Shay Piel, disc jockey.

59. Heather Killough, hostess/door girl.

60. Clayton Davidson, bartender.

61. Jenny Reyna, former hostess/door girl.

62. David Furry, former manager.

63. Kush Sethi, former manager.

64. V█████ G██████, former entertainer.

65. A██████ M████, former entertainer.

66. M███ W████████, entertainer.

67. J████ E█████, entertainer.

68. B███████ M█████, entertainer.

69. Any and all entertainers who have performed upon Defendants' premises during the three years preceding Plaintiffs' complaint to present may have discoverable information relative to Plaintiffs' claims, Defendants' defenses, and general operation of Defendants' businesses.  Plaintiffs have been provided with a list of these individuals in compliance with the Court's order conditionally certifying the collective.

70. Accountant(s) for any named party that handled IRS documentation or tax returns on behalf of the Plaintiffs.  It is believed that the tax professional that handled the tax returns for each said Plaintiff will have discoverable information relating to the manner in which Plaintiffs were classified for tax purposes, and the amounts claimed as income for any and all years relevant hereto.

71. Any and all individuals named by Plaintiffs.

72. Any and all individuals who may become known through discovery.

73. Defendants rely upon any individuals named by any other party whether or not called as a witness by that party at the time of trial.

74. Any and all individuals to authenticate documents.

75. Defendants reserve the right to name additional individuals and witnesses, and to otherwise supplement in accordance with the Court's Scheduling Order.

C.    **Proposed Exhibits**

1.    Defendants will use the following documents produced in response to Plaintiffs' written discovery requests, identified as follows:

| | |
|---|---|
| Bates # 1 – 520 | Perfect 10 Club Sign-In Sheets |
| Bates # 521 – 877 | Sugar's Club Sign-In Sheets |
| Bates # 878 – 881 | Perfect 10 – Chhang records |
| Bates #882 – 895 | Perfect 10 – Galacia records |
| Bates #896 – 912 | Perfect 10 – Gise records |
| Bates #913 – 922 | Perfect 10 – Grimes records |
| Bates # 923 – 929 | Perfect 10 – Harris records |
| Bates # 930 – 936 | Perfect 10 – Krampota records |
| Bate #937 – 957 | Perfect 10 – Martinez records |
| Bates #958 – 971 | Perfect 10 – Odreman records |
| Bates #972 – 977 | Perfect 10 – Rafeedie records |
| Bates #978 – 992 | Perfect 10 – Trotta records |
| Bates #993 – 1002 | Sugar's – Bird records |
| Bates #1003 – 1011 | Sugar's – Chavez records |
| Bates #1012 – 1035 | Sugar's – Chhang records |

| | |
|---|---|
| Bates #1036 – 1069 | Sugar's – Gise records |
| Bates #1070 – 1078 | Sugar's – Harris records |
| Bates #1079 – 1088 | Sugar's – Krampota records |
| Bates #1089 – 1111 | Sugar's – Odreman records |
| Bates # 1112 – 1129 | Sugar's – Palmer records |
| Bates #1130 – 1136 | Sugar's – Rafeedie records |
| Bates # 1137 – 1141 | Sugar's – Trotta records |
| Bates # 1142 – 1150 | Doorgirl Procedures |
| Bates #1151 – 1153 | DJ Manual |
| Bates #1154 – 1157 | Hostess Policies |
| Bates # 1158 – 1160 | Andrea Palmer Selection Document |
| Bates #1161 – 1180 | Sugar's New Hire Packet |
| Bates #1181 – 1187 | Perfect 10 - Club Notices |
| Bates #1188 – 1196 | Perfect 10 Club File – Strickland |
| Bates #1197 – 1210 | Sugar's Club File – Strickland |
| Bates #1211 – 1221 | Sugar's Club File – Olivo |
| Bates #1222 – 1428 | Perfect 10 Script Redemption Records – 2007 through 2011 |
| Bates #1429 – 1726 | Sugar's Script Redemption Records –2008, 2009 and 2010 |
| Bates #1727 – 2493 | Perfect 10 - Independent Contractor/Entertainer Agreements |
| Bates #2494 – 2759 | Sugar's – Independent Contractor/Entertainer Agreements |
| Bates #2760 – 2800 | Sugar's Worked Reports re Plaintiffs |
| Bates #2801 – 2844 | Perfect 10 Entertainer List with contact information, social security numbers, and performance date range |
| Bates #2845 – 2878 | Sugar's Entertainer List with contact information, social |

security numbers, and performance date range

| | |
|---|---|
| Bates #2879 – 2882 | Perfect 10 Club File – Gartner |
| Bates #2883 - 2902 | Sugar's Club File – Gartner |
| Bates # 2903 – 5364 | Perfect 10 Script Redemption Records 2007 through June, 2011 |
| Bates # 5365 – 7376 | Sugar's Script Redemption Records 2007 through June, 2011 |
| Bates # 8157-8268 | Sugar's Script Redemption Records June through August 2011 |
| Bates # 8269-8391 | Perfect 10 Script Redemption Records July through August 2011 |
| Bates # 7377 – 7388 | Perfect 10 Club File – Ponkoney |
| Bates # 7389 – 7399 | Sugar's Club File – Ponkoney |
| Bates # 7400 – 7402 | Perfect 10 Club File – Morgan |
| Bates # 7403 – 7414 | Sugar's Club File – Morgan |
| Bates # 7415 – 7420 | Sugar's Club File – Fairchild |
| Bates # 7421 | Sugar's Club File – Griswold |
| Bates # 7422 | Sugar's Club File – Reyes |
| Bates # 7423 – 7443 | Perfect 10 Club File – Henderson |
| Bates # 7444 – 7452 | Sugar's Club File – Henderson |
| Bates # 7453 – 7482 | Perfect 10 Club File – Crabtree |
| Bates # 7483 – 7501 | Sugar's Club File - Crabtree |
| Bates # 7502 – 7503 | Perfect 10 Club File - Wallace |
| Bates # 7504 – 7506 | Sugar's Club File – Wallace |
| Bates # 7507 – 7511 | Perfect 10 Club File – Jordan |
| Bates # 7512 – 7518 | Sugar's Club File – Jordan |

Bates # 7519 – 7525          Perfect 10 Club File – Kessler

Bates # 7526 – 7528          Sugar's Club File – Kessler

Bates # 7529 – 7539          Perfect 10 Club File – Huber (a/k/a Mitchell)

Bates # 7540 – 7548          Sugar's Club File – Huber (a/k/a Mitchell)

Bates # 7549 – 7551          Sugar's Club File – Pascal

Bates # 7552 – 7637          Perfect 10 Sign In Sheets – 2007

Bates # 7638 – 7868          Perfect 10 Sign In Sheets – 2008

Bates # 7869 - 8093          Perfect 10 Sign In Sheets – 2010

Bates # 8094 – 8105          Sugar's Club File – Kelly

Bates # 8106                 Perfect 10 Club File – Johnson

Bates # 8107                 Perfect 10 Club File – Plinske

Bates # 8108 – 8115          Perfect 10 Club File – Killam

Bates # 8116 – 8117          Payroll Information – Perfect 10 and Sugar's – Russell

Bates # 8118 – 8119          Perfect 10 Club File – Simpson

Bates # 8120 – 8122          Perfect 10 Club File – Lee

Bates # 8123 – 8133          Sugar's Club File – Lee

Bates # 8134 – 8140          Sugar's Club File – Robb

Bates # 8141 – 8147          Sugar's Club File – Sanderson

Bates # 8148 – 8156          Sugar's Club File – Deleon

Bates # 8392-8399            Perfect 10 Club File – Fossett

Bates # 8400-8403            Sugar's Club File – Pena

Bates # 8404                 Perfect 10 Club File - Russell

Bates # 8405-8412            Sugar's Club File – Russell

Bates # 8413-8420          Sugar's Club File – Trejo

Bates # 8421-8427          Sugar's Productivity Report – Susan Harris – Kamau

Bates # 8428-8435          Perfect 10 Club File – Trejo

Bates # 8436-8522          Perfect 10 "Worked" Reports – January 2007 through August 2011

Bates # 8523-8618          Sugar's "Worked" Reports – January 2007 through August 2011

Bates # 8619-8629          Perfect 10 "Worked" Reports – January 2007 through September 2011

Bates # 8630-8642          Sugar's "Worked" Reports – January 2007 through September 2011

Bates # 8643-8649          Sugar's Club File – Galicia

Bates # 8650-8654          Perfect 10 Club File – Olivo

Bates # 8655-8666          Sugar's Club File – Olivo

    2.      The following documents that Defendants produced pursuant to Rule 26

Disclosures:

Bates # 1-7                Club File – Chanlekha (Bird) Meaux

Bates # 8-14               Club File – Chavez

Bates # 15-19              Club File – Chhang

Bates # 20-25              Club File – Galacia

Bates # 26-47              Club File – Gise

Bates # 48-53              Club File – Grimes

Bates # 54-59              Club File – Harris

-Bates # 60-77             Club File – Krampota

Bates # 78-93              Club File – Martinez

| | |
|---|---|
| Bates # 94-107 | Club File – McMorrow |
| Bates # 108-122 | Club File – Odreman |
| Bates # 123-146 | Club File – Trotta |
| Bates # 147-164 | Club File – Palmer |
| Bates # 165-345 | Redacted Entertainer Selection Documents |
| Bates # 346-392 | Deposition Transcript of Sophea Trotta in the matter of Trotta v. State Farm Mutual Insurance |
| Bates # 393-401 | Trotta Answers to Interrogatories in the matter of Trotta v. State Farm Mutual Insurance |
| Bates # 402-406 | Trotta Responses to Request for Production of Documents in the matter of Trotta v. State Farm Mutual Insurance |
| Bates # 407-416 | Trotta Responses to Request for Disclosures in the matter of Trotta v. State Farm Mutual Insurance |
| Bates # 417 | Correspondence from Attorney regarding documents in the matter of Trotta v. State Farm Mutual Insurance |

3.      The following documents that Plaintiffs produced pursuant to Rule 26 Disclosures:

| | |
|---|---|
| Bates # 1-34 | Club Documents and Notices, Plaintiff Trotta's chart regarding income and expenses, and 2 checks from the club re: script redemption |
| Bates # 35 | Plaintiff Rafeedie's 2009 Form 1099 MISC |
| Bates # 36 | Plaintiff Rafeedie's 2007 Form 1099 MISC |
| Bates # 37-94 | Plaintiff Trotta's additional documentation regarding income and expenses, along with copies of club receipts |
| Bates # 95-110 | Plaintiff Rafeedie's Tax Documentation |
| Bates # 111-146 | Plaintiff Trotta's Tax Documentation |
| Bates # 147-161 | Plaintiff Chhang's Tax Documentation |
| Bates # 162-169 | Plaintiff Chavez' Tax Documentation |
| Bates # 170-172 | |

4.      Any and all discovery responses provided by Plaintiffs.

5.      Any and all discovery responses provided by Defendants.

6.      Deposition transcripts of all parties deposed in the instant cause of action.

7.      Any and all documents relied upon by any expert in preparing any report, diagram, graph, chart, or relied upon for any qualified expert opinion that such person may provide.

8.      Any and all documents and things identified or disclosed by any party.

9.      Any and all documents and things identified or produced by any party in response to a discovery request.

10.     Any and all documents attached or referenced in any filing in this case.

11.     Defendants reserve the right to amend this list as other documents are disclosed through discovery.

Dated: October 18, 2011                     Respectfully submitted,

                                            SHAFER & ASSOCIATES, PC


                                            *s/Matthew J. Hoffer*
                                            Bradley J. Shafer (MI Bar No. P36604)
                                            Matthew J. Hoffer (MI Bar No. P70495)
                                            Co-Counsel for Defendants
                                            Lansing, Michigan 48906-2110
                                            3800 Capital City Boulevard, Suite 2
                                            (517) 886-6560
                                            Fax:  (517) 886-6565
                                            matt@bradshaferlaw.com


                                            BRIAN W. BISHOP
                                            LAW OFFICES OF BRIAN W. BISHOP
                                            Co-Counsel for Defendants
                                            115 Wild Basin South, Suite 106
                                            Austin, Texas 78746
                                            Telephone: (512) 327-5121
                                            Facsimile: (512) 327-5122
                                            Email:  brian@bbishoplaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed Defendants' Disclosure of Witnesses, Expert

Witnesses and Proposed Exhibits with the United States District Court for the Western District of

Texas and thereby upon all parties, and further certify that an unredacted list of potential

witnesses was served upon counsel of record via electronic mail.

Dated:  October 18, 2011            *s/Matthew J. Hoffer*
           Bradley J. Shafer (MI Bar No. P36604)
           Matthew J. Hoffer (MI Bar No. P70495)
           SHAFER & ASSOCIATES, PC
           Co-Counsel for Defendants
           Lansing, Michigan 48906-2110
           3800 Capital City Boulevard, Suite 2
           (517) 886-6560
           Fax:  (517) 886-6565
           matt@bradshaferlaw.com