IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2012 JAN 19   PM 4: 27

BY_____

| | | |
|---|---|---|
| MONICA RAFEEDIE ON BEHALF OF<br>HERSELF AND OTHERS SIMILARLY<br>SITUATED,<br><div align=center>PLAINTIFF,</div><br>V.<br><br>L.L.C., INC. D/B/A/ PERFECT 10 MEN'S<br>CLUB AND W.F.K.R., INC. D/B/A<br>SUGAR'S UPTOWN CABARET,<br><div align=center>DEFENDANTS.</div> | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL NO. A-10-CV-743-LY |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On January 18, 2012, the parties filed

a Joint Stipulation of Dismissal with Prejudice (Doc. #182), which the court has reviewed and now

approves.  Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule

of Civil Procedure 58.

**IT IS HEREBY ORDERED** that all of the claims and causes of action are hereby

**DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that each party shall bear its own costs and fees.

**IT IS FINALLY ORDERED** that the case hereby **CLOSED**.

SIGNED this ___19th___ day of January, 2012.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE